1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMANDA UCHE AJULUCHUKU,

                    Plaintiff,

          v.

WASHINGTON STATE PATROL,

                    Defendant.

CASE NO. C05-5107RBL

MINUTE ORDER

NOW, on this 28th day of September, the Court directs the Clerk to enter the following Minute Order:

Under 28 U.S.C. §1915(e)(2), the Plaintiff's Motion for In Forma Pauperis status is DENIED and Plaintiff's Complaint is DISMISSED

The foregoing Minute Order entered by   s/Jean Boring,  Deputy Clerk,
BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON,
UNITED STATES DISTRICT JUDGE.

Minute Order - 1